1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT

8                             EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,

10
                                                        No. CR S-05-0238  FCD

11                 Plaintiff,

12          v.

13   DALE C. SCHAFER, MARION P. FRY,
                    Defendants.
14   _____/

15   GEOFFREY A. SCHAFER,

16                 Plaintiff,                          No. S-CIV S-06-1259 MCE DAD

17          v.                                         **NON-RELATED CASE ORDER**

18   BOB ASHWORTH, COUNTY OF
     EL DORADO,
19                  Defendants.
     _____/

20

21         The court has received the Notice of Related Cases concerning the above-captioned cases

22   filed July 14, 2006 and the objections to the notice filed July 24, 2006. See Local Rule 83-123,

23   E.D. Cal.  The court has determined that it is inappropriate to relate or reassign the cases, and

24   therefore declines to do so.  This order is issued for informational purposes only, and shall have

25   no effect on the status of the cases, including any previous Related or Non-Related Cases Orders

26   of this Court.

27   Dated: July 26, 2006

28
                                                  /s/ Frank C. Damrell Jr.
                                                  FRANK C. DAMRELL, Jr.
                                                  United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28