1  Michael S. Sorgen SBN 43107
2  Joyce Kawahata SBN 113159
   Andrea Adam Brott SBN 121288
3  LAW OFFICES OF MICHAEL S. SORGEN
   240 Stockton Street, Ninth Floor
4  San Francisco, CA  94108
   Telephone: (415) 956-1360
5  Facsimile:  (415) 956-6342

6
   Attorneys for Plaintiff
7  Geoffrey A. Schafer

8

9              UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
   GEOFFREY A. SCHAFER                    )
13                                        ) Case No.  2:06-CV-01259-MCE-DAD
              Plaintiff,                  )
14                                        )
              v.                          )
15                                        )
                                          ) **STIPULATION AND [PROPOSED]**
16 BOB ASHWORTH, COUNTY OF EL DORADO,) **ORDER DISMISSING STATE**
   JOE BROCK, BRIAN KEEFE, GLEN KLAGES,   ) **DEFENDANT**
17 JOE LENSEIGNE, JEFF NEIMAN, JOHN       )
   NOLAN, ARTEMIS PAPADAKIS, RAY          )
18 RODRIGUEZ, GORDON TAYLOR,  MIKE        )
   COOK, JEFF DREHER, HOWARD JENKS,       )
19 TOM MURDOCH, MIKE SILVESTRI, TIM       )
20 BECKER, KEN BROWN; DOES 1 THROUGH      )
   20,                                    )
21                                        )
                                          )
22            Defendants.                 )
                                          )
23

24
       Pursuant to FRCP 41 (a)(1) the parties stipulate and respectfully request the Court to
25
   dismiss all of plaintiff's claims against State defendant KEN BROWN.
26

27

28
   STIP TO DISMISS STATE DEFENDANT
    & [PROPOSED] ORDER                                              CV:06-01259-MCE-DAD

This stipulation does not affect plaintiff's claims against County defendants BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER, who will remain in this lawsuit as defendants.

In consideration of the dismissal, State defendant will immediately withdraw all pending discovery and notify all appropriate individuals accordingly.

State defendant and plaintiff will bear their own costs and attorneys' fees.

So stipulated and respectfully submitted,

**For Plaintiff Geoffrey Schafer.**

LAW OFFICES OF MICHAEL S. SORGEN

DATED: March 6, 2008     By:     __/s/_____
                                  MICHAEL S. SORGEN
                                  Attorney for Plaintiff Geoffrey Schafer

**For the State Defendant.**

EDMUND G. BROWN JR.
Attorney General of the State of California

DATED: March 7, 2008     By:     __/s/_____
                                  ANDREAS GARZA
                                  Deputy Attorney General
                                  Attorney for State Defendant

# [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, plaintiff's claims against State defendant KEN BROWN are hereby DISMISSED.  This order does not affect plaintiff's claims against County defendants BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER, who will remain in this lawsuit as defendants.

SO ORDERED.

Dated: March 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE