1  Michael S. Sorgen SBN 43107
2  Joyce Kawahata SBN 113159
   Andrea Adam Brott SBN 121288
3  LAW OFFICES OF MICHAEL S. SORGEN
   240 Stockton Street, Ninth Floor
4  San Francisco, CA  94108
   Telephone: (415) 956-1360
5  Facsimile:  (415) 956-6342

6
   Attorneys for Plaintiff
7  Geoffrey A. Schafer

8
9                   UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11  GEOFFREY A. SCHAFER                ) Case No.   2:06-CV-01259-MCE-DAD
                                       )
12         Plaintiff,                  )
                                       )
13         v.                          ) **STIPULATION AND ORDER**
                                       ) **DISMISSING FEDERAL**
14                                     ) **DEFENDANTS**
15  BOB ASHWORTH, COUNTY OF EL DORADO, )
    JOE BROCK, BRIAN KEEFE, GLEN KLAGES,)
16  JOE LENSEIGNE, JEFF NEIMAN, JOHN   )
    NOLAN, ARTEMIS PAPADAKIS, REYNALDO )
17  RODRIGUEZ, GORDON TAYLOR, MIKE     )
    COOK, JEFF DREHER, HOWARD JENKS,   )
18  TOM MURDOCH, MIKE SILVESTRI, TIM   )
19  BECKER, KEN BROWN; DOES 1 THROUGH  )
    20,                                )
20                                     )
         Defendants.                   )
21  _____

22
23
         Pursuant to FRCP 41 (a)(1) the parties stipulate and respectfully request the Court to
24
    dismiss all of plaintiff's claims against Federal defendants JOE BROCK, BRIAN KEEFE, GLEN
25
26  KLAGES, JOE LENSEIGNE, JEFF NEIMAN, JOHN NOLAN, ARTEMIS PAPADAKIS,
27
28
    STIP TO DISMISS FEDERAL DEFENDANTS
      & ORDER                                                     CV:06-01259-MCE-DAD

REYNALDO RODRIGUEZ, and GORDON TAYLOR (collectively "FEDERAL DEFENDANTS")

This Stipulated Dismissal is not in any way intended to be, and should not be construed as, an admission of liability or fault on the part of the FEDERAL DEFENDANTS, and they specifically deny that they are liable to plaintiff. This stipulation does not affect plaintiff's claims against County defendants BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER, who will remain in this lawsuit as defendants.

In consideration of the dismissal, the FEDERAL DEFENDANTS will immediately withdraw all pending discovery and notify all appropriate individuals accordingly.

All FEDERAL DEFENDANTS and plaintiff will bear their own costs and attorneys' fees.

So stipulated and respectfully submitted,

**For Plaintiff Geoffrey Schafer.**

LAW OFFICES OF MICHAEL S. SORGEN

DATED: March 7, 2008        By:    /s/  Michael S. Sorgen
                                   MICHAEL S. SORGEN
                                   Attorney for Plaintiff Geoffrey Schafer

**For the Federal Defendants.**

MCGREGOR W. SCOTT
United States Attorney

DATED: March 7, 2008        By:    /s/  Kelli L. Taylor
                                   KELLI L. TAYLOR
                                   Assistant United States Attorney
                                   Attorneys for Federal Defendants

STIP TO DISMISS FEDERAL DEFENDANTS
 & ORDER                           2                    CV:06-01259-MCE-DAD

**ORDER**

Pursuant to stipulation and for good cause shown, plaintiff's claims against Federal defendants JOE BROCK, BRIAN KEEFE, GLEN KLAGES, JOE LENSEIGNE, JEFF NEIMAN, JOHN NOLAN, ARTEMIS PAPADAKIS, RAY RODRIGUEZ, and GORDON TAYLOR are hereby DISMISSED.  This order does not affect plaintiff's claims against County defendants BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER, who will remain in this lawsuit as defendants.

SO ORDERED.

Dated:  March 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE