FRANKLIN G. GUMPERT #66051
**BARKETT & GUMPERT**
**Attorneys at Law**
2862 Arden Way, Suite 101
Sacramento, California 95825
Telephone: (916) 481-3683
Facsimile: (916) 481-3948

Attorneys for Defendants COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENCKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY A. SCHAFER,<br><br>    Plaintiff,<br><br>vs.<br><br>BOB ASHWORTH, et al.,<br><br>    Defendants.<br>_____ / | No. 2:06-cv-01259-MCE-DAD<br><br>STIPULATION FOR DISMISSAL OF DEFENDANTS COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, MIKE SILVESTRI AND TIM BECKER |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Michael Sorgen on behalf of Plaintiff GEOFFREY A. SCHAFER and Franklin G. Gumpert of Barkett & Gumpert for Defendants COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENCKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER, that Defendants COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, MIKE SILVESTRI and TIM BECKER shall be dismissed from the above-entitled litigation as parties defendant, with prejudice.

///

///

///

///

///

1
STIPULATION FOR DISMISSAL OF COUNTY/ASHWORTH/COOK/SILVESTRI/BECKER

**FRANKLIN G. GUMPERT #66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
2862 Arden Way, Suite 101
Sacramento, California  95825
Telephone: (916) 481-3683
Facsimile: (916) 481-3948

Attorneys for Defendants COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENCKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY A. SCHAFER,<br><br>    Plaintiff,<br><br>vs.<br><br>BOB ASHWORTH, et al.,<br><br>    Defendants.<br>_____ / | No. 2:06-cv-01259-MCE-DAD<br><br>STIPULATION FOR DISMISSAL OF DEFENDANTS COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, MIKE SILVESTRI AND TIM BECKER |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Michael Sorgen on behalf of Plaintiff GEOFFREY A. SCHAFER and Franklin G. Gumpert of Barkett & Gumpert for Defendants COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENCKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER, that Defendants COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, MIKE SILVESTRI and TIM BECKER shall be dismissed from the above-entitled litigation as parties defendant, with prejudice.

///

///

///

///

///

1     IT IS HEREBY FURTHER STIPULATED between the parties through their respective counsel that the July 2, 2008 hearing on the motions for summary judgment by Defendants BOB ASHWORTH and COUNTY OF EL DORADO shall be dropped, as the matters raised therein are moot in view of the dismissal of those defendants and others.

DATED: June 11, 2008      LAW OFFICE OF MICHAEL s.SORGEN
Attorneys at Law

By:    /s/
MICHAEL SORGEN, # 43107
Attorneys for Plaintiff
GEOFFREY A. SCHAFER

DATED: June 11, 2008      BARKETT & GUMPERT
Attorneys at Law

By:    /s/
FRANKLIN G. GUMPERT, #66051
Attorneys for Defendants
COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, JEFF DREHER, HOWARD JENCKS, TOM MURDOCH, MIKE SILVESTRI and TIM BECKER

**ORDER**

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that,

COUNTY OF EL DORADO, BOB ASHWORTH, MIKE COOK, MIKE SILVESTRI and TIM BECKER are hereby dismissed as parties defendant to this litigation, and

The July 2, 2008 hearing on the motions for summary judgment by Defendants BOB ASHWORTH and COUNTY OF EL DORADO shall be dropped from the Court's calendar docket.

Dated: June 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE